UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT AUSTIN HILLMAN, Plaintiff, v. ALICIA SCOTTSBERRY, Defendant. | Case No.: 11-CV-01245-LHK ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Now before the Court is Defendant Alicia Scottsberry's motion for extension of time to file dispositive motions. ECF No. 10. Defendant contends that she was not served with the summons and complaint until July 28, 2011, five days after the original deadline for her to file a dispositive motion. *Id.* at 1. Defendant requests an additional 120 days to file a dispositive motion. *Id.* Although the Court finds that there is good cause for an extension of time, the Court finds that the request for 120 days is excessive. Accordingly, the Court will GRANT Defendant until October 27, 2011, to file a dispositive motion. Additional requests for extensions of time will be disfavored.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01245-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS