IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRENT AUSTIN HILLMAN, | ) | No. C 11-1245 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ALICIA STOTTSBERRY, | ) | |
| Defendant. | ) | |

The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/25/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Hillman245jud.wpd